UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: PELTON SERPE LLP

RENEARD HARRIS, ETAL

Plaintiff(s)

Index # 08 CV 5339 (LYNCH)

- against -

Purchased June 11, 2008

T&H SECURITY, INC., ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CHRISTOPHER BLAKENEY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 19, 2008 at 10:20 AM at

34 91ST ST., SUITE B
BROOKLYN, NY11209

deponent served the within SUMMONS AND COMPLAINT AND JURY DEMAND on T&H SECURITY, INC. therein named,

CORPORATION   a DOMESTIC corporation by delivering thereat a true copy of each to JAY LANDON personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT AND JURY DEMAND as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 42 | 5'6 | 180 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  June 20, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | CHRISTOPHER BLAKENEY |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | License #: 1014888 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | Invoice #: 464436 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728