UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: PELTON SERPE LLP

---

RENEARD HARRIS, ETAL

                                          **Plaintiff(s)**

- against -

T&H SECURITY, INC., ETAL

                                          **Defendant(s)**

Index # 08 CV 5339 (LYNCH)

Purchased June 11, 2008

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CHRISTOPHER BLAKENEY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 19, 2008 at 10:20 AM at

34 91ST ST., SUITE B
BROOKLYN, NY 11209

deponent served the within SUMMONS AND COMPLAINT AND JURY DEMAND on CITADEL SPECIAL EVENTS SERVICES, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to JAY LANDON personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT AND JURY DEMAND as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 42 | 5'6 | 180 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: June 20, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

CHRISTOPHER BLAKENEY
License #: 1014888
Invoice #: 464436

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728